**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| State Farm Insurance Company | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 C 50380 |
| v. | ) | |
| | ) | Magistrate Judge Margaret J. Schneider |
| Agnes Y. Pavone and | ) | |
| Marie Garrison-McCosh | ) | |
| | ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

  In this interpleader action, Plaintiff State Farm Insurance Company, was dismissed by the District Court and its duties discharged with the deposit of the interpleader funds on December 15, 2021 [20]. A total amount of $28,664.67, was deposited with the Clerk of Court in the Court Registry CRIS investment account, pursuant to 28 U.S.C. § 1335 and LR 67.1. On August 25, 2022, a telephonic conference was held by this Court with Defendants Agnes Y. Pavone and Marie Garrison-McCosh. Defendants advised the Court they had reached a settlement agreement in this matter. *See* [37]. Defendants have agreed to the distribution of the funds in equal shares. This Court, having been satisfied that the agreement was reached voluntarily by both parties, recommends to the District Court that the deposited funds, plus any earned interest, be distributed to each Defendant equally. Therefore, 50% of the deposited funds plus earned interest is to be paid to Agnes Y. Pavone, 156 Salisbury Circle, Lynchburg, VA 24502; and 50% of the deposited funds plus earned interest is to be paid to Marie Garrison-McCosh, 102 E. Catalpa, West Plaines, MO 65775. Defendant Pavone and Defendant Garrison-McCosh are advised each must provide a W-9 Taxpayer Identification and Certification form to the Clerk's Office via email to fiscal_ilnd@ilnd.uscourts.gov, prior to the disbursement from the investment account. Accordingly, it is this Court's Report and Recommendation that the District Court accept the settlement of the Defendants and direct the Clerk of Court to disburse the deposited funds and any earned interest to the Defendants as set forth in this Report and in compliance with the Local Rules. Any objection is due by September 13, 2022. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

Date: 08/29/2022          ENTER:

                        *Margaret J. Schneider*
                        United States Magistrate Judge