# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| State Farm Life Insurance Company, )<br>       Plaintiff,       )<br>                              )<br>      v.                       )<br>                              )<br>Agnes Y. Pavone, et al.,       )<br>       Defendants.     )| Case No. 21 CV 50380<br><br>Judge Iain D. Johnston |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is a Report and Recommendation [38] that funds in the Court Registry be disbursed to the defendants in equal amounts, consistent with the parties' agreement. Judge Schneider gave the parties to 9/13/2022 to object under Fed. R. Civ. P. 72(b)(2), but to date no objection has been received. In the absence of any objection, this Court accepts Judge Schneider's Report and Recommendation [38] and directs the Clerk to disburse the principal amount of $28,664.67 deposited into the registry, plus interest, in equal amounts to (1) Agnes Y. Pavone, 156 Salisbury Circle, Lynchburg, VA 24502, and (2) Marie Garrison-McCosh, 102 E. Catalpa, West Plaines, MO 65775. Ms. Pavone and Ms. Garrison-McCosh are reminded that each must e-mail a completed W-9 Taxpayer Identification and Certification form to the Clerk's Office at fiscal_ilnd@ilnd.uscourts.gov, before the Clerk will disburse the funds.

Date: September 28, 2022        By: _____
                                                           Iain D. Johnston
                                                           United States District Judge